```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

TRE'S DAVIS,

    Movant,

v.	Civil Action No. 2:14-12570

UNITED STATES OF AMERICA

    Respondent.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, filed on August 30, 2016, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that the plaintiff's motion to vacate, set aside or correct a sentence by a person in federal custody be, and it hereby is, denied.  It is further ORDERED that this matter be removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to plaintiff, all counsel of record and the United

States Magistrate Judge.

                                DATED: October 7, 2016

                                John T. Copenhaver, Jr.
                                United States District Judge